

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 2-08-048-CV

SHERILYN MAGEE-FLICK,                       APPELLANT
INDIVIDUALLY, AS
PERSONAL REPRESENTATIVE,
AS HEIR TO AND ON BEHALF
OF ALL BENEFICIARIES TO
THE ESTATE OF MABEL PHILLIPS

V.

THI OF TEXAS AT LONGMEADOW,             APPELLEE
LLC D/B/A LONGMEADOW
HEALTHCARE CENTER

------------

### FROM THE 16TH DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Sherilyn Magee-Flick, Individually, as Personal Representative,

as Heir to and on Behalf of All Beneficiaries to The Estate of Mabel Phillips

---

[1]*See* TEX. R. APP. P. 47.4.

appeals from the trial court's interlocutory order compelling binding arbitration. On February 11, 2008, we sent Appellant a letter stating our concern that we may have no jurisdiction over this appeal because the order does not appear to be a final appealable order or judgment, nor does it appear to be an appealable interlocutory order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (Vernon Supp. 2007) (listing appealable interlocutory orders), § 171.098(a)(1) (allowing interlocutory appeals to be taken from orders *denying* an application to compel arbitration); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (providing general rule that an appeal may be taken only from a final judgment). We indicated that this court would dismiss this appeal if we did not receive a response showing grounds for continuing the appeal by February 21, 2008. We received no response.

Accordingly, because the order is neither a final judgment nor an appealable interlocutory order, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL D:   WALKER; CAYCE, C.J.; and MCCOY, JJ.

DELIVERED: March 13, 2008

2